UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-077 |
| | ) | |
| CHARVIS LAWRENCE | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Dwight L. Thomas,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Dwight Thomas** be granted leave of absence for the following period: **October 15, 2015 through October 16, 2015; October 22, 2015 through October 23, 2015; November 23, 2015 through November 25, 2015; and November 30, 2015 through December 3, 2015.**

This ____ day of September, 2015.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia