UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 1:15-077 |
| | ) | |
| CHARVIS LAWRENCE | ) | |

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Dwight L. Thomas,** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Dwight L. Thomas** be granted leave of absence for the following periods: **July 1, 2016 through July 5, 2016; October 13, 2016 through October 14, 2016; October 17, 2016; October 21, 2016; and October 24, 2016 through October 26, 2016.**

This _16th_ day of _February_, 2016.

_____
HONORABLE J. RANDAL HALL
United States District Judge
Southern District of Georgia