IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:15cr077 |
| | ) | |
| CHARVIS LAWRENCE | ) | |

ORDER

The Defendant has filed a Motion for Continuance of Sentencing showing the Court that the sentencing hearing currently scheduled for March 21, 2016 should be rescheduled. Defendant asserts that his counsel learned on March 18, 2016 that sentencing was set for March 21, 2016. Despite this assertion, the Court notes that Defendant's counsel was noticed on February 16, 2016 through the Court's electronic filing system, of the date and time of sentencing. However, the Court will not punish Defendant for his counsel's failure to properly monitor his notices from the Court.

Therefore, the present Motion (Doc. 342) is hereby GRANTED.

Sentencing in the captioned matter is hereby rescheduled for <u>Friday, March 25, 2016 at 10:00 a.m.</u>

SO ORDERED this 18th day of March, 2016.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA